STATE of Missouri, Respondent,

v.

John DUVALL, Appellant.

No. ED 80405.

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 5, 2002.

Craig A. Johnston, Assistant State Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before PAUL J. SIMON, P.J., GARY M. GAERTNER, SR., J. and KATHIANNE KNAUP CRANE, J.

### ORDER

PER CURIAM.

Appellant, John Duvall ("defendant"), appeals the judgment of the Circuit Court of Marion County, following a jury trial, finding him guilty of three counts of sodomy in the first degree, section 566.062, RSMo 2000 [1]. Defendant was sentenced to fifteen years on each count, to run consecutively. We affirm.

We have reviewed the briefs of the parties and the record on appeal. As an extended opinion would serve no jurispru-

dential purpose, we affirm the judgment pursuant to Rule 30.25(b).

---

1. All statutory references are to RSMo 1994, unless otherwise indicated.